```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


In re                         )        CIVIL ACTION NO.
COLONIAL BANCGROUP, INC.      )          2:09cv104-MHT
SECURITIES LITIGATION         )
```

ORDER

It is ORDERED as follows:

(1) The motion to amend the scheduling order (doc. 214) is granted.

(2) The entire schedule as to the Colonial BancGroup Defendants is now consistent with that for the Director Defendants, Note Underwriter Defendants, and Stock Underwriter Defendants.

(3) The following schedule applies in this case:

    (a) The Colonial BancGroup Defendants:

        <u>September. 18, 2009</u>: Said defendants shall answer or otherwise respond to the complaint.

>
> **October 23, 2009**: If said defendants move to dismiss the complaint, lead plaintiffs shall respond to such motion.
>
> **November 20, 2009**: If said defendants move to dismiss the complaint, said defendants shall reply to any response filed by lead plaintiffs.

(b) The Director Defendants, Note Underwriter Defendants and Stock Underwriter Defendants:

> **September 18, 2009**: Said defendants shall answer or otherwise respond to the complaint.
>
> **October 23, 2009**: If said defendants move to dismiss the complaint, lead plaintiffs shall respond to such motion.
>
> **November 20, 2009**: If said defendants move to dismiss the complaint, said defendants shall reply to any response filed by lead plaintiffs.

2

(c) Defendant PricewaterhouseCoopers:

<u>October 9, 2009</u>: Said defendant shall answer or otherwise respond to the complaint.

<u>November 13, 2009</u>: If said defendant moves to dismiss the complaint, lead plaintiffs shall respond to such motion.

<u>December 11, 2009</u>: If said defendant moves to dismiss the complaint, said defendant shall reply to any response filed by lead plaintiffs.

DONE, this the 1st day of September, 2009.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**