IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>COLONIAL BANCGROUP, INC.<br>SECURITIES LITIGATION | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 2:09-CV-104-MHT<br>)<br>)<br>)<br>) |

### UNDERWRITER DEFENDANTS' MOTION TO DISMISS
### PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

COME NOW the Underwriter Defendants, listed in paragraphs 385 and 440 of the Consolidated Class Action Complaint ("Consolidated Complaint"), and hereby move to dismiss all claims against them pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. A Memorandum of Law in support of this Motion is filed contemporaneously herewith.

WHEREFORE, the Underwriter Defendants pray that this Court will dismiss the Consolidated Class Action Complaint against them.

By: /s/ Carl S. Burkhalter
A. Inge Selden, III
iselden@maynardcooper.com
Carl S. Burkhalter
cburkhalter@maynardcooper.com
Alan F. Enslen
aenslen@maynardcooper.com
Steven L. McPheeters
smcpheeters@maynardcooper.com

*Attorneys for Underwriter Defendants*

**OF COUNSEL:**

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Samuel H. Franklin
sfranklin@lightfootlaw.com
James F. Hughey
jhughey@lightfootlaw.com
Enrique "Henry" J. Gimenez
hgimenez@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200

Robert D. Segall
segall@copelandfranco.com
COPELAND, FRANCO, SCREWS & GILL, PA
44 South Perry Street
P.O. Box 437
Montgomery, Alabama 36101-0347

Thomas A. Dubbs
tdubbs@labaton.com
James W. Johnson
jjohnson@labaton.com
Angelina Nguyen
anguyen@labaton.com
Alan Ellman
aellman@labaton.com
Christopher J. Keller
ckeller@labaton.com
Stefanie Sundel
ssundel@labaton.com
Thomas G. Hoffman
thoffman@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005

Tyrone C. Means
tcmeans@tmgslaw.com
H. Lewis Gillis
hlgillis@tmgslaw.com
Gerald C. Brooks
gcbrooks@tmgslaw.com
THOMAS, MEANS, GILLIS & SEAY, PC
3121 Zelda Court
Montgomery, Alabama 36106

2

Larry B. Childs
larry.childs@wallerlaw.com
WALLER LANSDEN DORTCH & DAVIS LLP
1901 Sixth Avenue North
Suite 1400
Birmingham, Alabama 35203

Tabor R. Novak, Jr.
tnovack@ball-ball.com
E. Ham Wilson., Jr.
hwilson@ball-ball.com
BALL, BALL, MATTHEWS & NOVAK, P.A.
P.O. Box 2148
Montgomery, Alabama 36102-2148

Michael Dampier
VICKERS, RIIS, MURRAY AND CURRAN, LLC
P.O. Box 2568
Mobile, Alabama 36652-2568

Elizabeth V. Tanis
etanis@kslaw.com
Dan S. McDevitt
dmcdevitt@kslaw.com
Shelby S. Guilbert, Jr.
sguilbert@kslaw.com
G. Patrick Montgomery
pmontgomery@kslaw.com
KING & SPALDING, LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309-3521

Kimberly A. Sanders
kas@chimicles.com
Steven A. Schwart
sas@chimicles.com
CHIMICLES & TIKELLIS, LLP
One Haverford Centre
361 W. Lancaster Avenue
Haverford, PA 19041

/s/ Carl S. Burkhalter
OF COUNSEL