IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | CIVIL ACTION NO. |
| COLONIAL BANCGROUP, INC. | ) | 2:09cv104-MHT |
| SECURITIES LITIGATION | ) | |

ORDER

It is ORDERED as follows:

(1) The motion for leave to file voluntary dismissal (Doc. No. 256) is granted.

(2) Defendant Lehman Brothers, Inc. is dismissed.

DONE, this the 8th day of October, 2009.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**