IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | CIVIL ACTION NO. |
| COLONIAL BANCGROUP, INC. | ) | 2:09-CV-104-MHT |
| SECURITIES LITIGATION | ) | |

**PRICEWATERHOUSECOOPERS LLP'S MOTION TO
DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

COMES NOW Defendant PricewaterhouseCoopers LLP ("PwC") and hereby moves the Court, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiffs' Consolidated Amended Complaint for Violations of the Federal Securities Laws (the "Complaint") on the following grounds:

1.  To survive a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiffs must plead sufficient "factual content" to allow the Court to draw the reasonable inference that the defendant is liable for the misconduct alleged. *Ashcroft v. Iqbal*, 556 U.S. ___, 129 S. Ct. 1937, 1949 (2009). Dismissal is required "where the well-pleaded facts do not permit the court to infer more than the mere possibility of misconduct." *Id.* at 1949.

2.  PwC audited the 2007 year-end financial statements of Colonial BancGroup, Inc. ("Colonial"). In Counts III and VI, Plaintiffs allege that PwC is liable under Section 11 of the Securities Act of 1933, 15 U.S.C. § 77k, which imposes civil liability for a false or misleading statement in a registration statement. No other counts are asserted against PwC.

3.  Plaintiffs have failed to state a viable claim under Section 11 against PwC. Where, as here, a Section 11 claim is brought against an "accountant, engineer, or appraiser . . . who has with his consent been named as having prepared or certified any part of the registration

1

statement," the plaintiff must allege that the material misstatement or omission appears "in such registration statement, report or valuation, *which purports to have been prepared or certified by him.*" *Id.* § 77k(a)(4) (emphasis added); *Herman & MacLean v. Huddleston*, 495 U.S. 375, 381 n.11 (1983) ("Accountants are liable under § 11 *only* for those matters which purport to have been prepared or certified by them."). The only alleged misstatements identified by Plaintiffs in their Section 11 claims are contained in the "Management Discussion and Analysis" portion of Colonial BancGroup's Form 10-K, a portion that Plaintiffs do not allege was prepared or certified by PwC and thus cannot form the basis of Plaintiffs' Section 11 claims. Plaintiffs have not alleged that anything that PwC prepared or certified was false and Plaintiffs' Complaint alleges no factual content that would permit a plausible conclusion that PwC's 2007 audit opinion was false. For these reasons, Plaintiffs fail to state a claim upon which relief can be granted.

   4.  Plaintiffs' allegations in Counts III and VI also fail to meet the heightened pleading requirements applicable to fraud claims under Fed. R. Civ. P. 9(b). Notwithstanding Plaintiffs' attempt to disavow that their Section 11 claims sound in fraud, the Section 11 claims are predicated on a subset of the facts forming the foundation for Plaintiffs' securities fraud claims against the Officer Defendants under Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder. It is well-established that Rule 9(b) applies to Section 11 claims "when the misrepresentation justifying the relief under the Securities Act is also alleged to support a claim for fraud under the Exchange Act and Rule 10b-5." *Wagner v. First Horizon Pharmaceutical*, 464 F.3d 1273, 1277 (11th Cir. 2006). Plaintiffs' failure to allege which portion of the registration statement was prepared or certified by PwC or that PwC's audit opinion was false or misleading compels dismissal under Rule 9(b).

5. Finally, Plaintiffs' Section 11 claim with respect to the April 23, 2008 Stock Offering (Count VI) should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) for lack of standing. In order to have standing under Section 11, Plaintiffs must show that the Colonial shares they purchased are traceable to the April 23, 2008 Stock Offering. *See APA Excelsior III L.P. v. Premier Tech, Inc.*, 476 F.3d 1261, 1276 (11th Cir. 2007). Although four of the named Plaintiffs allege that they purchased Colonial common stock, none alleges even in conclusory terms that the stock it purchased is traceable to the April 23, 2008 Stock Offering. Furthermore, Plaintiffs' Amended Certifications affirmatively indicate that Plaintiffs cannot establish tracing. Plaintiffs' Section 11 claims with respect to the April 23, 2008 Stock Offering should, therefore, be dismissed.

WHEREFORE, PwC prays that this Court will dismiss the Complaint against PwC for failure to state a claim upon which relief can be granted and for lack of standing. A Memorandum of Law in Support of this Motion has been filed contemporaneously herewith. Respectfully submitted this 9th day of December, 2009.

KING & SPALDING LLP

*/s/ Elizabeth V. Tanis*
Elizabeth V. Tanis  (Georgia Bar No. 697415)
etanis@kslaw.com;  admitted *pro hac vice*

*Counsel for PricewaterhouseCoopers LLP*

| | |
|---|---|
| Tabor R. Novak, Jr. (NOV001) | Elizabeth V. Tanis (Georgia Bar No. 697415) |
| tnovak@ball-ball.com | etanis@kslaw.com;  admitted *pro hac vice* |
| E. Ham Wilson, Jr. (WIL707) | Shelby S. Guilbert, Jr. (Georgia Bar No. 315101) |
| hwilson@ball-ball.com | sguilbert@kslaw.com;  admitted *pro hac vice* |
| BALL, BALL, MATTHEWS & | G. Patrick Montgomery (Georgia Bar No. 595906) |
| NOVAK, P.A. | pmontgomery@kslaw.com;  admitted *pro hac vice* |
| 200 Interstate Park Drive | KING & SPALDING LLP |
| Suite 204 | 1180 Peachtree Street, NE |

Montgomery, Alabama  36109  
Telephone:  (334) 387-7680  
Facsimile:  (334) 387-3222  

*Co-Counsel for Defendant*  
*PricewaterhouseCoopers LLP*

Atlanta, Georgia  30309-3521  
Telephone: (404) 572-4600  
Facsimile: (404) 572-5140  

Geoffrey M. Ezgar (California Bar No. 184243)  
gezgar@kslaw.com; admitted *pro hac vice*  
KING & SPALDING LLP  
333 Twin Dolphin Dr.  
Redwood Shores, CA 94065  
Telephone:  (650) 590-0700  
Facsimile:  (650) 590-1900  

*Counsel for PricewaterhouseCoopers LLP*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system which will send notification of such filing to the following:

Thomas A. Dubbs (NY TD 9868), tdubbs@labaton.com
James W. Johnson (NY JJ 0123), jjohnson@labaton.com
Angelina Nguyen (NY AN 8929), anguyen@labaton.com
Alan I. Ellman, aellman@labaton.com
Christopher J. Keller, ckeller@labaton.com
Stefanie J. Sundel, ssundel@labaton.com
Thomas G. Hoffman, Jr., thoffman@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005

Ira M. Levee, ilevee@lowenstein.com
Michael S. Etkin, metkin@lowenstein.com
Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NJ 70680

*Attorneys for Arkansas Teacher Retirement System, The State-Boston Retirement System, The Norfolk County Retirement System and City of Brockton Retirement System and Proposed Lead Counsel for the Class*

Tyrone C. Means (MEA003), tcmeans@tmgslaw.com
H. Lewis Gillis (GIL011), hlgillis@tmgslaw.com
Gerald C. Brooks (BRO212), gcbrooks@tmgslaw.com
THOMAS, MEANS, GILLIS & SEAY, PC
3121 Zelda Court
Montgomery, Alabama  36106

*Liaison Counsel to the Class*

Kimberly A. Sanders, kas@chimicles.com
Steven A. Schwart, sas@chimicles.com
CHIMICLES & TIKELLIS LLP
One Haverford Centre

1

361 W. Lancaster Avenue
Haverford, PA  19041

*Counsel for the Class*


Michael S. Dampier, stevedampier@bellsouth.net
VICKERS, RIIS, MURRAY AND CURRAN, LLC
P.O. Box 2568
Mobile, AL  36652-2568

*Counsel for the Class*


Samuel H. Franklin (FRA006), sfranklin@lightfootlaw.com
James F. Hughey III (HUG044), jhughey@lightfootlaw.com
Enrique "Henry" J. Gimenez (GIM001), hgimenez@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200

Robert David Segall, segall@copelandfranco.com
COPELAND FRANCO SCREWS & GILL
P.O. Box 347
Montgomery, AL  36101-0347

*Attorneys for the Colonial BancGroup Defendants and Sheila P. Moody*


Carl S. Burkhalter, cburkhalter@maynardcooper.com
Alan F. Enslen, aenslen@maynardcooper.com
Steven L. McPheeters, smcpheeters@maynardcooper.com
Armstead Inge Selden, III, iselden@maynardcooper.com
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama  35203

*Attorneys for the Note Underwriter Defendants and the Stock Underwriter Defendants*


Larry B. Childs, larry.childs@wallerlaw.com
WALLER LANSDEN DORTCH & DAVIS LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama  35203

2

Walter Edgar McGowan, wem@glsmgn.com
GRAY LANGFORD SAPP McGOWAN GRAY, GRAY & NATHANSON, P.C.
P.O. Box 830239
Tuskegee, AL  36083-0239

*Attorneys for Lewis E. Beville, William Britton, Jerry J. Chesser, Augustus K. Clements, III, Robert S. Craft, Patrick F. Dye, Hubert L. Harris, Jr., Clinton O. Holdbrooks, Deborah L. Linden, John Ed Mathison, Milton E. McGregor, Joseph D. Mussafer, William E. Powell, III, James W. Rane, Simuel Sippial, Jr., and Edward V. Welch*


**SERVICE BY MAIL:**

Sheila Watters Sawyer
WALLER LANSDEN DORTCH & DAVIS LLP
511 Union Street
Suite 2700
Nashville, TN  37219

*Attorney for Director Defendants Beville, et al.*


        KING & SPALDING LLP


        */s/ Elizabeth V. Tanis*
        Elizabeth V. Tanis  (Georgia Bar No. 697415)
        etanis@kslaw.com; admitted *pro hac vice*

        1180 Peachtree Street, NE
        Atlanta, Georgia  30309-3521
        Telephone: (404) 572-4600
        Facsimile: (404) 572-5140

        *Counsel for PricewaterhouseCoopers LLP*