IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| | ) | |
| In re | ) | Civil Action No. |
| COLONIAL BANCGROUP, INC. | ) | 2:09cv104-MHT |
| SECURITIES LITIGATION | ) | |
| | ) | |

**LEAD PLAINTIFFS' MOTION TO STRIKE EXTRANEOUS DOCUMENTS
SUBMITTED WITH DEFENDANTS ROBERT E. LOWDER, SARAH H. MOORE,
T. BRENT HICKS AND SHEILA MOODY'S MOTION TO DISMISS**

Court-appointed Lead Plaintiffs, the Arkansas Teacher Retirement System, State-Boston

Retirement System, Norfolk County Retirement System and City of Brockton Retirement System

(collectively, "Lead Plaintiffs"), by and through their undersigned counsel, hereby file this

Motion to Strike Extraneous Documents Submitted With Defendants Robert E. Lowder, Sarah

H. Moore, T. Brent Hicks and Sheila Moody's Motion To Dismiss (the "Motion to Strike").

On September 18, 2009, Defendants Robert E. Lowder, Sarah H. Moore, T. Brent Hicks

and Sheila Moody (collectively, the "Individual Defendants") filed their Motion to Dismiss Lead

Plaintiffs' Consolidated Class Action Complaint for Violations of the Federal Securities Laws

(the "Individual Defendants' Motion to Dismiss") (Doc. No. 236). In support of their Motion to

Dismiss, the Individual Defendants filed an Evidentiary Submission comprising fifty-nine

exhibits and 2,025 pages (the "Evidentiary Submission"). Lead Plaintiffs object to the

Evidentiary Submission on two grounds.

First, Lead Plaintiffs object to the extent that the Individual Defendants seek the Court to

consider any of the documents in the Evidentiary Submission for the truth of the matters asserted

therein. Accordingly, Lead Plaintiffs respectfully request that the Court not consider any

document in the Individual Defendants' Evidentiary Submission for the truth of the matters

asserted in it.

Second, Lead Plaintiffs object to the consideration or introduction of any documents that are not referenced in the Complaint and do not address matters necessary to determine the sufficiency of Lead Plaintiffs' allegations of securities fraud.  Lead Plaintiffs respectfully request that the Court strike these inappropriate documents, as well as all arguments in the Individual Defendants' Motion to Dismiss that they are intended to support, from the record.  Alternatively, if the Individual Defendants are permitted to rely upon the extraneous documents submitted with their motion to dismiss, Lead Plaintiffs respectfully request that the Court convert the Individual Defendants' Motion to Dismiss to a motion for summary judgment in accordance with Federal Rule of Civil Procedure 12(d).  Additionally, Lead Plaintiffs request that the Court lift the discovery stay required by Section 78u-4(b)(3)(B) of the Public Securities Litigation Reform Act so that Lead Plaintiffs may conduct discovery and fully respond to the Individual Plaintiffs' Motion to Dismiss.

Dated: January 29, 2010

Respectfully submitted,

By:   _s/Tyrone C. Means_
Tyrone C. Means (MEA003)
H. Lewis Gillis (GIL011)
Gerald C. Brooks (BRO212)
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court
Montgomery, Alabama 36106
Telephone: (334) 270-1033
Facsimile: (334) 260-9396

*Liaison Counsel*

- 2 -

- 3 -

Thomas A. Dubbs (NY 2318863)
James W. Johnson (NY 2108686)
Angelina Nguyen (NY 4233581)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Lead Plaintiffs Arkansas Teacher
Retirement System, State-Boston Retirement
System, Norfolk County Retirement System
and City of Brockton Retirement System*

**COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP**
Paul J. Geller
Jack Reise
Douglas S. Wilens
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
(561) 750-3000
(561) 750-3364

**CHIMICLES & TIKELLIS LLP**
Steven A. Schwartz
Kimberly A. Sanders
Timothy N. Mathews
One Haverford Centre
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

*Additional Counsel for Lead Plaintiffs and the
Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Enrique Jose Gimenez**  Lightfoot Franklin & White LLC
  hgimenez@lightfootlaw.com

- **James Fletcher Hughey, III**  Lightfoot Franklin & White LLC
  jhughey@lightfootlaw.com

- **Samuel Holley Franklin**  Lightfoot Franklin & White LLC
  sfranklin@lightfootlaw.com

- **Robert David Segall**  Copeland Franco Screws & Gill
  segall@copelandfranco.com

- **Edward Hamilton Wilson, Jr.**  Ball Ball Matthews & Novak PA
  hwilson@Ball-Ball.com

- **Tabor Robert Novak, Jr.**  Ball Ball Matthews & Novak PA
  tnovak@ball-ball.com

- **Alan Frederick Enslen**  Maynard, Cooper & Gale, P.C
  aenslen@maynardcooper.com

- **Armistead Inge Selden, III**  Maynard, Cooper & Gale, P.C
  iselden@maynardcooper.com

- **Carl Stanley Burkhalter**  Maynard, Cooper & Gale, P.C.
  cburkhalter@maynardcooper.com

- **Steven L. McPheeters**  Maynard, Cooper & Gale, P.C.
  smcpheeters@maynardcooper.com

- **Larry Brittain Childs**  Waller Lansden Dortch & Davis LLP
  larry.childs@wallerlaw.com

- **Elizabeth V. Tanis**  King & Spalding LLP
  etanis@kslaw.com

- **Dan S. McDevitt**  King & Spalding LLP
  dmcdevitt@kslaw.com

- **George Patrick Montgomery**  King & Spalding LLP
  pmontgomery@kslaw.com

- **Shelby S. Guilbert**  King & Spalding LLP
  sguilbert@kslaw.com

- **Walter Edgar McGowan** Gray Langford Sapp McGowan Gray, Gray & Nathanson PC
  wem@glsmgn.com

- **Gerald Clark Brooks , Jr.**  Thomas, Means, Gillis & Seay, P.C.
  gcbrooks@tmgslaw.com

- **Henry Lewis Gillis**  Thomas Means Gillis & Seay PC
  hlgillis@tmgslaw.com

- **Ira M Levee**  Lowenstein Sandler PC
  ilevee@lowenstein.com

- **Kimberly A. Sanders**  Chimicles & Tikellis LLP
  kas@chimicles.com

- **Michael Stephen Dampier**  Vickers, Riis, Murray and Curran, LLC
  stevedampier@bellsouth.net

- **Michael S Etkin**  Lowenstein Sandler PC
  metkin@lowenstein.com

- **Steven A. Schwartz**   Chimicles & Tikellis LLP
  sas@chimicles.com

- **Timothy N Mathews**   Chimicles & Tikellis LLP
  TNM@chimicles.com

- **Geoffrey Michael Ezgar**   King & Spalding, LLP
  gezgar@kslaw.com

      s/Tyrone C. Means