IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| In re | ) | CIVIL ACTION NO. |
|---|---|---|
| COLONIAL BANCGROUP, INC. | ) | 2:09cv104-MHT |
| SECURITIES LITIGATION | ) | (WO) |

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The joint motion to dismiss without prejudice (doc. no. 304) is granted.

(2) The "Tolled Underwriter Defendants" listed in said motion are dismissed without prejudice.

(3) This case remains pending in all other respects.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of March, 2010.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE