IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


In re                    )        CIVIL ACTION NO.
COLONIAL BANCGROUP, INC.  )         2:09cv104-MHT
SECURITIES LITIGATION     )

ORDER

It is the ORDER that the motion to dismiss (doc.

no. 234) is denied.

DONE, this the 14th day of May, 2010.


       /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE