IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | CIVIL ACTION NO. |
| COLONIAL BANCGROUP, INC. | ) | 2:09cv104-MHT |
| SECURITIES LITIGATION | ) | |

ORDER

It is the ORDER that the motion to dismiss (doc. no. 236) is denied.

DONE, this the 14th day of May, 2010.


   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE