**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| In re | ) | CIVIL ACTION NO. |
| COLONIAL BANCGROUP, INC. | ) | 2:09-CV-104-MHT |
| SECURITIES LITIGATION | ) | |

**JOINT MOTION TO STAY LITIGATION AND
SUSPEND DEADLINES PENDING ASSIGNMENT TO NEW JUDGE**

COME NOW Defendants PricewaterhouseCoopers LLP ("PwC"), the Outside Director Defendants,[1] the Underwriter Defendants,[2] Robert E. Lowder, Sarah H. Moore, T. Brent Hicks, and Sheila Moody (collectively, "Defendants") and respectfully move this Court to stay this litigation and suspend the deadlines that have not already been suspended until such time as a newly-assigned judge may lift the stay. Such an order is necessary to preserve Defendants' rights pending reassignment of this case, as Defendants will be prejudiced if forced to answer Plaintiffs' Consolidated Class Action Complaint prior to the assignment to a judge who can resolve outstanding motions and any disputes between the parties. In support of this Motion, Defendants respectfully refer the Court to the accompanying memorandum of law. A proposed order is attached hereto.

Respectfully submitted this 23rd day of June 2010.

---

[1] The "Outside Director Defendants" are: Lewis E. Beville; William Britton; Jerry J. Chesser; Augustus Clements III; Robert S. Craft; Patrick F. Dye; Hubert L. Harris, Jr.; Clinton O. Holdbrooks; Deborah L. Linden; John Ed Mathison; Milton E. McGregor; Joseph D. Mussafer; William E. Powell, III; James W. Rane; Simuel Sippial, Jr.; and Edward V. Welch.

[2] The "Underwriter Defendants" are: Banc of America Securities, LLC; Citigroup Global Markets, Inc.; Credit Suisse Securities (USA) LLC; Deutsche Bank Securities Inc.; Morgan Keegan & Company, Inc.; Morgan Stanley & Co., Inc.; RBC Dain Rauscher, Inc.; Stifel, Nicolaus & Company, Inc.; SunTrust Robinson Humphrey, Inc.; UBS Securities, LLC; and Wachovia Capital Markets, LLC.

Attorney Elizabeth V. Tanis, who filed this joint motion with the Court, received express permission to make this filing on behalf of the attorneys whose names appear in the electronic signature lines below.

                              KING & SPALDING LLP

                              */s/ Elizabeth V. Tanis*
                              Elizabeth V. Tanis (Georgia Bar No. 697415)
                              etanis@kslaw.com; admitted *pro hac vice*
                              *Counsel for PricewaterhouseCoopers LLP*

| | |
|---|---|
| Tabor R. Novak, Jr. (NOV001) | Elizabeth V. Tanis (Georgia Bar No. 697415) |
| tnovak@ball-ball.com | etanis@kslaw.com; admitted *pro hac vice* |
| E. Ham Wilson, Jr. (WIL707) | KING & SPALDING LLP |
| hwilson@ball-ball.com | 1180 Peachtree Street, NE |
| BALL, BALL, MATTHEWS & | Atlanta, Georgia 30309-3521 |
| NOVAK, P.A. | Telephone: (404) 572-4600 |
| 200 Interstate Park Drive | Facsimile: (404) 572-5140 |
| Suite 204 | |
| Montgomery, Alabama 36109 | Geoffrey M. Ezgar (California Bar No. 184243) |
| Telephone: (334) 387-7680 | gezgar@kslaw.com; admitted *pro hac vice* |
| Facsimile: (334) 387-3222 | KING & SPALDING LLP |
| | 101 Second Street |
| *Co-Counsel for Defendant* | Suite 2300 |
| *PricewaterhouseCoopers LLP* | San Francisco, CA 94105 |
| | Telephone: (415) 318-1200 |
| | Facsimile: (415) 318-1300 |
| | |
| | *Counsel for PricewaterhouseCoopers LLP* |
| | |
| | */s/ Samuel H. Franklin* |
| | Samuel H. Franklin (FRA006), |
| | sfranklin@lightfootlaw.com |
| | James F. Hughey III (HUG044), |
| | jhughey@lightfootlaw.com |
| | Enrique "Henry" J. Gimenez (GIM001), |
| | hgimenez@lightfootlaw.com |
| | LIGHTFOOT, FRANKLIN & WHITE, L.L.C. |
| | The Clark Building |
| | 400 North 20th Street |
| | Birmingham, Alabama 35203-3200 |
| | |
| | Robert David Segall, segall@copelandfranco.com |
| | COPELAND FRANCO SCREWS & GILL |
| | P.O. Box 347 |
| | Montgomery, AL 36101-0347 |

2

*Attorneys for Robert E. Lowder, Sarah Moore, T. Brent Hicks, and Sheila Moody*

*/s/ Carl S. Burkhalter*
Carl S. Burkhalter, cburkhalter@maynardcooper.com
Alan F. Enslen, aenslen@maynardcooper.com
Steven L. McPheeters, smcpheeters@maynardcooper.com
Armstead Inge Selden, III, iselden@maynardcooper.com
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama  35203

*Attorneys for the Note Underwriter Defendants and the Stock Underwriter Defendants*

*/s/ Larry B. Childs*
Larry B. Childs, larry.childs@wallerlaw.com
WALLER LANSDEN DORTCH & DAVIS LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama  35203

Sheila Watters Sawyer, sheila.sawyer@wallerlaw.com
WALLER LANSDEN DORTCH & DAVIS LLP
511 Union Street
Suite 2700
Nashville, TN  37219

Walter Edgar McGowan, wem@glsmgn.com
GRAY LANGFORD SAPP McGOWAN GRAY, GRAY & NATHANSON, P.C.
P.O. Box 830239
Tuskegee, AL  36083-0239

*Attorneys for Lewis E. Beville, William Britton, Jerry J. Chesser, Augustus K. Clements, III, Robert S. Craft, Patrick F. Dye, Hubert L. Harris, Jr., Clinton O. Holdbrooks, Deborah L. Linden, John Ed Mathison, Milton E. McGregor, Joseph D. Mussafer, William E. Powell, III, James W. Rane, Simuel Sippial, Jr., and Edward V. Welch*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system which will send notification of such filing to the following:

Thomas A. Dubbs (NY TD 9868), tdubbs@labaton.com
James W. Johnson (NY JJ 0123), jjohnson@labaton.com
Angelina Nguyen (NY AN 8929), anguyen@labaton.com
Alan I. Ellman, aellman@labaton.com
Christopher J. Keller, ckeller@labaton.com
Stefanie J. Sundel, ssundel@labaton.com
Thomas G. Hoffman, Jr., thoffman@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005

Ira M. Levee, ilevee@lowenstein.com
Michael S. Etkin, metkin@lowenstein.com
LOWENSTEIN SANDLER PC
65 Livingston Ave.
Roseland, NJ 70680

*Attorneys for Arkansas Teacher Retirement System, The State-Boston Retirement System, The Norfolk County Retirement System and City of Brockton Retirement System and Proposed Lead Counsel for the Class*


Tyrone C. Means (MEA003), tcmeans@tmgslaw.com
H. Lewis Gillis (GIL011), hlgillis@tmgslaw.com
Gerald C. Brooks (BRO212), gcbrooks@tmgslaw.com
THOMAS, MEANS, GILLIS & SEAY, PC
3121 Zelda Court
Montgomery, Alabama  36106

*Liaison Counsel to the Class*

Kimberly A. Sanders, kas@chimicles.com
Steven A. Schwart, sas@chimicles.com
Timothy N. Mathews, tnm@chimicles.com
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 W. Lancaster Avenue
Haverford, PA  19041

*Counsel for the Class*


Michael S. Dampier, stevedampier@bellsouth.net
VICKERS, RIIS, MURRAY AND CURRAN, LLC
P.O. Box 2568
Mobile, AL  36652-2568

*Counsel for the Class*

          KING & SPALDING LLP

          */s/ Elizabeth V. Tanis*
          Elizabeth V. Tanis  (Georgia Bar No. 697415)
          etanis@kslaw.com; admitted *pro hac vice*

          1180 Peachtree Street, NE
          Atlanta, Georgia  30309-3521
          Telephone: (404) 572-4600
          Facsimile: (404) 572-5140

          *Counsel for PricewaterhouseCoopers LLP*