IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | CIVIL ACTION NO. |
| COLONIAL BANCGROUP, INC. | ) | 2:09-CV-104-MHT |
| SECURITIES LITIGATION | ) | |

**BRIEF IN SUPPORT OF JOINT MOTION TO STAY LITIGATION AND
SUSPEND DEADLINES PENDING ASSIGNMENT TO NEW JUDGE**

Defendants PricewaterhouseCoopers LLP ("PwC"), the Outside Director Defendants,[1] the Underwriter Defendants,[2] Robert E. Lowder, Sarah H. Moore, T. Brent Hicks, and Sheila Moody (collectively, "Defendants") respectfully move this Court to stay this litigation and suspend all deadlines pending the assignment of a new judge to this case.

Defendants should not be compelled to Answer the Consolidated Class Action Complaint ("Complaint") until their pending Motions for Reconsideration are decided by the judge to whom this case is reassigned. This Court denied Defendants' Motions to Dismiss the Complaint on May 14, 2010. On May 18, 2010, the Court advised the parties of a disabling conflict requiring recusal. On May 26, 2010, Defendant PwC filed a Motion for Reconsideration of the Order denying its motions to dismiss; Defendants Lowder, Moore, Hicks, and Moody filed a Motion for Reconsideration on June 4, and the Outside Director Defendants filed a similar motion on June 22. Following its recusal, on May 28, 2010, the Court suspended all deadlines contained in

---

[1] The "Outside Director Defendants" are: Lewis E. Beville; William Britton; Jerry J. Chesser; Augustus Clements III; Robert S. Craft; Patrick F. Dye; Hubert L. Harris, Jr.; Clinton O. Holdbrooks; Deborah L. Linden; John Ed Mathison; Milton E. McGregor; Joseph D. Mussafer; William E. Powell, III; James W. Rane; Simuel Sippial, Jr.; and Edward V. Welch.

[2] The "Underwriter Defendants" are: Banc of America Securities, LLC; Citigroup Global Markets, Inc.; Credit Suisse Securities (USA) LLC; Deutsche Bank Securities Inc.; Morgan Keegan & Company, Inc.; Morgan Stanley & Co., Inc.; RBC Dain Rauscher, Inc.; Stifel, Nicolaus & Company, Inc.; SunTrust Robinson Humphrey, Inc.; UBS Securities, LLC; and Wachovia Capital Markets, LLC.

its Rule 26(f) scheduling order until such reassignment (doc. no. 364), and directed the Clerk to assign this case to a new judge.

Thus, the only remaining deadline not expressly stayed or suspended is the date by which Defendants must answer the Complaint.  In late May, the parties agreed to an answer deadline of June 25, 2010.  Motions to reconsider the denial of Defendants' motions to dismiss are now pending.  In light of that fact, and the fact that no judge has yet been assigned to this case, Defendants asked Plaintiffs to agree to further extend the answer deadline until a new judge is appointed.  Plaintiffs have refused to agree.

Before Defendants are required to answer Plaintiffs' 471-paragraph, 151-page Complaint, Defendants should have the opportunity for a judge to consider and rule on their Motions for Reconsideration of their Motions to Dismiss. (Doc. Nos. 360, 365, 368, and 369.)[3]  Courts routinely recognize the equity and practicality of tolling or extending the deadline for answering a complaint until after motions for reconsideration have been decided.  *See Franco v. Yale University,* No. 3:00CV1927, 2002 WL 63803, *4 (D. Conn. Jan. 9, 2002) ("Logic dictates that, if the motion for reconsideration is made by the defendant, its time for answering should be extended until the motion for reconsideration has been decided since, if the reconsideration leads to the dismissal of the entire complaint, there is no need for an answer."); *Wolf Lake Terminals, Inc. v. Mutual Marine Ins. Co.*, 433 F. Supp. 2d 933, 941-42 (N.D. Ind. 2005) (assuming without discussion that upon the filing of the motion for reconsideration of the ruling on the motion to dismiss, the time in which to answer was extended until the resolution of the motion for reconsideration.).  Defendants respectfully submit that the issues raised in their motions for

---

[3] A motion for reconsideration of the Order Denying the Underwriter Defendants' Motion to Dismiss has not yet been filed, but is forthcoming.

2

reconsideration should be resolved by the judge to whom this case is re-assigned before Defendants are required to answer the Complaint.

The Court has the authority to stay deadlines in this case pending re-assignment to a new judge, and indeed the Court has already done so with respect to all deadlines except the Answer deadline. While disqualification generally prevents a judge from entering orders in a case, "[t]here is no question that a federal judge may perform ministerial acts even after he has disqualified himself from a particular case." *U.S. v. Moody*, 977 F.2d 1420, 1423 (11th Cir. 1992). Defendants merely request an expansion of the order previously entered by this Court that suspended all Rule 26(f) deadlines. As the Eleventh Circuit has noted, such an order is precisely the type of "housekeeping" ministerial order that a disqualified judge may make to ensure a smooth transfer of the litigation to a new judge. *See In re BellSouth Corp.*, 334 F.3d 941, 950, 950 n.4 (11th Cir. 2003) (holding that disqualified judge had properly engaged in a ministerial act when he "merely referred the matter to the Clerk for reassignment, *and stayed any matters before him*" and when the judge's order "in no way prejudiced any party's substantive rights") (emphasis added)).

Finally, Plaintiffs will not suffer any prejudice as a result of the Court staying all pending deadlines, including the deadline to answer. The requested relief would merely preserve the issues in the case until they can be brought before a newly-assigned judge.

WHEREFORE, Defendants respectfully move that this Court stay this litigation and suspend all deadlines until such time as a newly-assigned judge may lift the stay.

Respectfully submitted this 23rd day of June 2010.

Attorney Elizabeth V. Tanis, who filed this joint motion with the Court, received express permission to make this filing on behalf of the attorneys whose names appear in the electronic signature lines below.

KING & SPALDING LLP

*/s/ Elizabeth V. Tanis*
Elizabeth V. Tanis  (Georgia Bar No. 697415)
etanis@kslaw.com;  admitted *pro hac vice*
*Counsel for PricewaterhouseCoopers LLP*

Tabor R. Novak, Jr. (NOV001)
tnovak@ball-ball.com
E. Ham Wilson, Jr. (WIL707)
hwilson@ball-ball.com
BALL, BALL, MATTHEWS & NOVAK, P.A.
200 Interstate Park Drive
Suite 204
Montgomery, Alabama  36109
Telephone:  (334) 387-7680
Facsimile:  (334) 387-3222

*Co-Counsel for Defendant PricewaterhouseCoopers LLP*

Elizabeth V. Tanis (Georgia Bar No. 697415)
etanis@kslaw.com;  admitted *pro hac vice*
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia  30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5140

Geoffrey M. Ezgar (California Bar No. 184243)
gezgar@kslaw.com; admitted *pro hac vice*
KING & SPALDING LLP
101 Second Street
Suite 2300
San Francisco, CA  94105
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300

*Counsel for PricewaterhouseCoopers LLP*

*/s/ Samuel H. Franklin*
Samuel H. Franklin (FRA006),
sfranklin@lightfootlaw.com
James F. Hughey III (HUG044),
jhughey@lightfootlaw.com
Enrique "Henry" J. Gimenez (GIM001),
hgimenez@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200

Robert David Segall, segall@copelandfranco.com
COPELAND FRANCO SCREWS & GILL
P.O. Box 347
Montgomery, AL  36101-0347

*Attorneys for Robert E. Lowder, Sarah Moore, T. Brent Hicks, and Sheila Moody*

4

*/s/ Carl S. Burkhalter*
Carl S. Burkhalter, cburkhalter@maynardcooper.com
Alan F. Enslen, aenslen@maynardcooper.com
Steven L. McPheeters, smcpheeters@maynardcooper.com
Armstead Inge Selden, III, iselden@maynardcooper.com
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama  35203

*Attorneys for the Note Underwriter Defendants and the Stock Underwriter Defendants*

*/s/ Larry B. Childs*
Larry B. Childs, larry.childs@wallerlaw.com
WALLER LANSDEN DORTCH & DAVIS LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama  35203

Sheila Watters Sawyer, sheila.sawyer@wallerlaw.com
WALLER LANSDEN DORTCH & DAVIS LLP
511 Union Street
Suite 2700
Nashville, TN  37219

Walter Edgar McGowan, wem@glsmgn.com
GRAY LANGFORD SAPP McGOWAN GRAY, GRAY & NATHANSON, P.C.
P.O. Box 830239
Tuskegee, AL  36083-0239

*Attorneys for Lewis E. Beville, William Britton, Jerry J. Chesser, Augustus K. Clements, III, Robert S. Craft, Patrick F. Dye, Hubert L. Harris, Jr., Clinton O. Holdbrooks, Deborah L. Linden, John Ed Mathison, Milton E. McGregor, Joseph D. Mussafer, William E. Powell, III, James W. Rane, Simuel Sippial, Jr., and Edward V. Welch*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system which will send notification of such filing to the following:

Thomas A. Dubbs (NY TD 9868), tdubbs@labaton.com
James W. Johnson (NY JJ 0123), jjohnson@labaton.com
Angelina Nguyen (NY AN 8929), anguyen@labaton.com
Alan I. Ellman, aellman@labaton.com
Christopher J. Keller, ckeller@labaton.com
Stefanie J. Sundel, ssundel@labaton.com
Thomas G. Hoffman, Jr., thoffman@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005

Ira M. Levee, ilevee@lowenstein.com
Michael S. Etkin, metkin@lowenstein.com
LOWENSTEIN SANDLER PC
65 Livingston Ave.
Roseland, NJ 70680

*Attorneys for Arkansas Teacher Retirement System, The State-Boston Retirement System, The Norfolk County Retirement System and City of Brockton Retirement System and Proposed Lead Counsel for the Class*


Tyrone C. Means (MEA003), tcmeans@tmgslaw.com
H. Lewis Gillis (GIL011), hlgillis@tmgslaw.com
Gerald C. Brooks (BRO212), gcbrooks@tmgslaw.com
THOMAS, MEANS, GILLIS & SEAY, PC
3121 Zelda Court
Montgomery, Alabama  36106

*Liaison Counsel to the Class*

Kimberly A. Sanders, kas@chimicles.com
Steven A. Schwart, sas@chimicles.com
Timothy N. Mathews, tnm@chimicles.com
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 W. Lancaster Avenue
Haverford, PA  19041

*Counsel for the Class*


Michael S. Dampier, stevedampier@bellsouth.net
VICKERS, RIIS, MURRAY AND CURRAN, LLC
P.O. Box 2568
Mobile, AL  36652-2568

*Counsel for the Class*

          KING & SPALDING LLP

          */s/ Elizabeth V. Tanis*
          Elizabeth V. Tanis  (Georgia Bar No. 697415)
          etanis@kslaw.com; admitted *pro hac vice*

          1180 Peachtree Street, NE
          Atlanta, Georgia  30309-3521
          Telephone: (404) 572-4600
          Facsimile: (404) 572-5140

          *Counsel for PricewaterhouseCoopers LLP*